UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 08-CR-610-2 (DEH) |
| v. | |
| JOSE RODRIGUEZ, | SCHEDULING ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for a status conference with the Court on **April 8, 2024** at **11:00 AM**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

It is further ORDERED that the parties shall confer and file a joint letter on or before **April 3, 2024**, proposing a schedule for further proceedings in this matter. If the parties are unable to agree, they may set forth their respective views separately.

SO ORDERED.

Dated: March 15, 2024
New York, New York

_____
DALE E. HO
United States District Judge